# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of:

MATTHEW MICHAEL CARUCCI

: No. 2337 Disciplinary Docket No. 3
:
: Board File No. C1-16-194
:
: (Supreme Court of the State of Delaware,
: No. 50, 2016)
:
: Attorney Registration No. 94640
:
: (Out of State)

## ORDER

**PER CURIAM**

 **AND NOW**, this 4th day of January, 2017, the Joint Petition to Reciprocally Suspend an Attorney is granted and Matthew Michael Carucci is suspended from the practice of law in this Commonwealth for a period of eighteen months, retroactive to March 24, 2014. He shall comply with all the provisions of Pa.R.D.E. 217.